<u>IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF MICHIGAN</u>

**IN RE: Rodney Lee Tenniswood,**

    DEBTOR,

CASE NO. *17-02033-SWD*
ADV. PRO. NO. *18-80046-SWD*
HON. SCOTT W. DALES    /

**SCOTT A. CHERNICH,** Chapter 7 Trustee

    Plaintiff.

V

**STEPHEN TENNISWOOD**, Individually and as Trustee of the Howard J. Tenniswood Living Trust

    Defendants.
_____/

PERRONE LAW, P.C.
Jacob A. Perrone (Mich Bar No. 71915)
*Attorney for Defendants*
221 W. Lake Lansing Rd. Ste. 200
East Lansing, MI 48823
(517) 351-0332
_____

# EXHIBIT A

**Letter from Rodney Tenniswood**


    Respectfully submitted,


Dated: April 12, 2018    /s/Jacob A. Perrone
    JACOB A. PERRONE (MICH NO. P71915)
    Attorney for Defendants
    221 W. Lake Lansing Rd., Ste 200
    East Lansing, MI 48823
    (517) 351-0332



Rodney L. Tenniswood

6355 Silver Ridge Lane

Grand Ledge, MI 48837

October 18, 2013

Stephen H. Tenniswood

3553 S. Adrian Hwy.

Adrian, MI 49221

You are the Trustee of the Howard J. Tenniswood Trust.

Under Article Twelve, Section 4, of the trust, and as a beneficiary of the trust, please accept this as my written directive to you to retain in trust any distribution that would otherwise be authorized or required to be made to me.

This directive shall remain in full force and effect pending further written directive from me.

Thank you.

*[signature: Rodney L. Tenniswood]*

Rodney L. Tenniswood