UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In Re:                                                          Hon. Scott W. Dales

    RODNEY LEE TENNISWOOD,                           Case No. DL17-02033

    Debtor.                                                       Chapter 7

_____/

SCOTT A. CHERNICH, Chapter 7 Trustee,

    Plaintiff,                                                      Adv. Pro. #18-80046

v

STEPHEN TENNISWOOD, Individually and
as Trustee of the Howard J. Tenniswood Loving Trust

    Defendants.
_____/

### STIPULATION FOR DISMISSAL OF ADVERSARY PROCEEDING

Chapter 7 Trustee Scott A. Chernich ("Trustee") through his attorneys Foster Swift Collins & Smith, P.C. and Defendants Stephen Tenniswood, Individually and as Trustee of the Howard J. Tenniswood Loving Trust ("Defendants") through their attorney Jacob A. Perrone hereby stipulate and agree that this matter shall be dismissed with prejudice and without costs.

FOSTER, SWIFT, COLLINS & SMITH, PC
*Attorneys for Plaintiff*

Dated: November ___, 2018     By: /s/ Patricia J. Scott
    Patricia J. Scott (P73061)
    313 S. Washington Square
    Lansing, MI 48933
    (517) 371-8132

Dated: November 1, 2018     By:     /s/ Jacob Perrone
Jacob Perrone (P71915)
Attorney for Defendants
221 W. Lake Lansing Rd., Ste. 200
East Lansing, MI 48823

13333:94362:3924896-1